UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM WALKER #183367,

        Plaintiff,                    Case No.  93-71641

v.                               Magistrate Judge R. Steven Whalen

K. BEALS and O. BOYD,

        Defendants.

_____/

**ORDER**

Attorney Daniel E. Manville (P39731) having been appointed as standby counsel

for Plaintiff in the above case, shall be entitled to obtain copies of any documents from

the Court's file in this case at no cost.

SO ORDERED.

S/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated:  June 16, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys
and/or parties of record by electronic means or U.S. Mail on June 16, 2006.

S/Gina Wilson
Judicial Assistant