UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM WALKER #183367,

       Plaintiff,                            Case No. 93-71641

v.                                          Magistrate Judge R. Steven Whalen

K. BEALS and O. BOYD,

       Defendants.

_____/

**ORDER**

The Court having conducted a telephonic conference with Plaintiff William H. Walker, Jr., no. 183367; attorney Daniel Manville; and the attorney for Defendants, Assistant Attorney General Kevin Thom, and it appearing to the Court that, in order to prepare for the upcoming trial in this matter, the Plaintiff may require access to certain documents stored in the property room of the Ionia Maximum Correctional Facility,

IT IS THEREFORE ORDERED that attorney Daniel E. Manville (P39731) be permitted a contact visit with Plaintiff William H. Walker, Jr., No. 183367.

IT IS FURTHER ORDERED that attorney Manville, accompanied by Plaintiff Walker, be given access to inspect Mr. Walker's documents stored in the Ionia Maximum Correctional Facility property room or in any other area of the prison, but not in the actual possession of Mr. Walker.

          S/R. Steven Whalen
          R. STEVEN WHALEN
          UNITED STATES MAGISTRATE JUDGE

Dated:  June 16, 2006

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on June 16, 2006.

          S/Gina Wilson
          Judicial Assistant