UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM WALKER #183367,

    Plaintiff,　　　　　　　　　　　　Case No. 93-71641

v.　　　　　　　　　　　　　　　　　　Magistrate Judge R. Steven Whalen

K. BEALS and O. BOYD,

    Defendants.

_____/

**ORDER**

On April 10, 2007, this Court entered an order denying Plaintiff's motion to reinstate certain claims that had been dismissed in 1999. Plaintiff has now filed a motion [Docket #250] to reconsider that Order.

Pursuant to E.D. Mich. L.R. 7.1(g), Plaintiff has not demonstrated "a palpable defect by which the court and the parties have been misled" or that any such defect would "result in a different disposition of the case."

Accordingly, Plaintiff's motion for reconsideration [Docket #250] is DENIED.

SO ORDERED.


S/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated: May 10, 2007

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on May 10, 2007.


S/G. Wilson
Judicial Assistant