UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM WALKER #183367,

    Plaintiff,                                                         Case No. 93-71641

v.                                                              Magistrate Judge R. Steven Whalen

K. BEALS and O. BOYD,

    Defendants.

_____/

**ORDER**

On April 24, 2007, Plaintiff filed a Request for Reconsideration of Denial of Access to Plaintiff's Word Processor [Docket #252].

First, the Plaintiff's request for reconsideration is untimely. E.D. Mich. L.R. 7.1(g) provides that a motion for rehearing or consideration "must be filed within 10 days after entry of the judgment or order." The Opinion and Order denying Plaintiff's request for a word processor was entered on October 12, 2006. Plaintiff's motion for reconsideration was filed well past the 10-day limit.

In addition, in reviewing the merits of the motion for reconsideration, it is clear that the Plaintiff has not demonstrated "a palpable defect by which the court and the parties have been misled" or that any such defect would "result in a different disposition of the case." L.R.

7.1(g).

Accordingly, Plaintiff's request for reconsideration [Docket #252] is DENIED.

SO ORDERED.

                                S/R. Steven Whalen
                                R. STEVEN WHALEN
                                UNITED STATES MAGISTRATE JUDGE

Dated: May 10, 2007

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on May 10, 2007.

                                S/G. Wilson
                                Judicial Assistant