UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM WALKER #183367,

    Plaintiff,                              Case No. 93-71641

v.                                      Magistrate Judge R. Steven Whalen

K. BEALS and O. BOYD,

    Defendants.

_____/

**ORDER GRANTING REQUEST FOR ACCESS TO
LEGAL MATERIALS [DOCKET #262]**

Because trial in this case is scheduled to commence on June 4, 2007, with a final pretrial conference scheduled for May 30, 2007, the Court finds that Plaintiff must be provided access to his legal materials in excess of that provided in the Opinion and Order of October 12, 2007.

Accordingly, the Michigan Department of Corrections (MDOC), including personnel at the Marquette Branch Prison where Plaintiff is incarcerated, shall, effective immediately, provide Plaintiff William Walker, No. 183367, with access to all of his legal papers[1] for a minimum of eight (8) hours per day, seven (7) days per week.

---

[1] While Plaintiff was at the Ionia Maximum Facility, his papers were contained within 12 footlockers. He states in his latest pleading [Docket #262] that his papers are contained "within 13 cortex boxes." This Order pertains to *all* legal papers, regardless of

-1-

In addition, prior to the time Plaintiff Walker is brought to this Court for the final pretrial conference scheduled for May 30, 2007 and the ensuing trial, he shall be permitted to designate and prepare two standard footlockers, or the equivalent thereof, of legal papers to bring with him to Court.  The MDOC shall deliver this material, or cause it to be delivered, to the courtroom of the undersigned, Room 662, Theodore Levin United States Courthouse, 231 W. Lafayette Blvd., Detroit, MI 48226, no later than 9:00 a.m., May 30, 2007.

SO ORDERED.

S/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated:  May 15, 2007

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on May 15, 2007.

S/G. Wilson
Judicial Assistant

---

what kind of or how many containers.