UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM WALKER #183367,

    Plaintiff,                                          Case No. 93-71641

v.                                                  Magistrate Judge R. Steven Whalen

K. BEALS and O. BOYD,

    Defendants.

_____/

## SUPPLEMENTAL ORDER REGARDING
## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

On May 16, 2007, this Court issued an Order for Writ of Habeas Corpus Ad Testificandum as to William Walker, #183367, directing that the Michigan Department of Corrections (MDOC) produce said prisoner for purpose of trial in this matter. Mr. Walker did appear at the United States Courthouse in Detroit, Michigan on this day, May 30, 2007, pursuant to the continuing writ, and is scheduled to appear again on Monday, June 4, 2007 and every day after until trial proceedings are concluded.

The Court has been informed that until the writ is discharged, Mr. Walker will be housed at the Ionia Maximum Correctional Facility in Ionia, Michigan. The Court orders that the Ionia Maximum Facility or any other MDOC facility or institution having custody of Mr. Walker shall provide him with civilian clothes each day that he is to appear in court

pursuant to the writ.

    SO ORDERED.


S/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated: May 30, 2007

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on May 30, 2007.

S/G. Wilson
Judicial Assistant