UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM WALKER #183367,

       Plaintiff,                      Case No. 93-71641

v.                                      Magistrate Judge R. Steven Whalen

K. BEALS and O. BOYD,

       Defendants.
_____/

## ORDER

Jury trial in this case was concluded on June 14, 2007. The following pretrial motions remain pending:

-Motion for Court to Provide Copies of Documents [Docket #190].

-Motion for Michigan Department of Corrections [MDOC] to Provide Copies of Exhibits [Docket #191].

-Motion for Sanctions [Docket #199].

These three motions are hereby DENIED.

SO ORDERED.

                                                      S/R. Steven Whalen
                                                      R. STEVEN WHALEN
                                                      UNITED STATES MAGISTRATE JUDGE

Dated: July 30, 2007

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on July 30, 2007.

                                                S/G. Wilson
                                                Judicial Assistant